**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                CR. NO. 12-20319
                                      HON. ROBERT H. CLELAND

TAVA QUINTERO-DURAN,

       Defendant.
_____/

**ORDER TO PERMIT INTERPRETER
INTO WAYNE COUNTY JAIL FACILITIES**

The Defendant, Tava Quintero-Duran, a Spanish speaker, requires the assistance of an interpreter to communicate with Counsel,

**IT IS HEREBY ORDERED** that Sara Pallero, or any interpreter from Pallero Translations, an interpreter of English to Spanish and Spanish to English, be admitted into the Wayne County Jail Facilities, including Dickerson, to assist Counsel for Defendant.

**SO ORDERED**.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: July 16, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 16, 2012, by electronic and/or ordinary mail.

  s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522